

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Elwood Timothy White et al.

**Plaintiff,**

V.

County of San Diego et al.

**Defendant.**

FILED

9/22/2014

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:  V. Mosqueda , Deputy

**Civil No.**  13-cv-1166-MMA-RBB

**STRICKEN DOCUMENT:**

Notice of Lodgment

**Per Order #    41**

39