**Carl E. Douglas, Esq., State Bar No. 097011**
**Jamon R. Hicks, Esq., State Bar No. 232747**
**DOUGLAS / HICKS LAW, APC**
**A Professional Corporation**
8484 Wilshire Boulevard, Suite 548
Beverly Hills, California 90211
(323) 655-6505 Fax: (323) 651-4990
carl@douglashickslaw.com
jamon@douglashickslaw.com

**Drew R. Antablin, Esq., State Bar No. 75710**
**Andrea D. Bruce, Esq., State Bar No. 256561**
**ANTABLIN & BRUCE, Law Partnership**
8484 Wilshire Boulevard, Suite 548
Beverly Hills, California 90211
(323)651-4490 Fax: (323) 651-4990
antablin@sbcglobal.net

Attorney for Plaintiffs **ELWOOD TIMOTHY WHITE** , Individually and as Successor-in-Interest to the **ESTATE OF ELWOOD EDWARDS WHITE, AND DARLEEN EDWARDS WHITE**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELWOOD TIMOTHY WHITE , Individually, and as Successor-in-Interest to the Estate of Elwood Edwards White, and DARLEEN EDWARDS WHITE<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN DIEGO, MICHAEL ASTORGA; CITY OF OCEANSIDE and 20 Unknown Other Named Defendants,<br><br>Defendants. | **Case No.: 13-CV-1166-MMA (RBB)**<br><br>**PLAINTIFFS' PROPOSED EXHIBIT LIST**<br><br>Pretrial Conference Date: May 18, 2015<br>Trial Date: June 11, 2015<br>Judge: Hon. Michael Anello<br>Courtroom: 3A |

| Exhibit Number | Party Offering | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1-A | P | Photos of location of alleged incident | | |
| 1-B | P | Photos of location of alleged incident | | |
| 1-C | P | Photos of location of alleged incident | | |
| 1-D | P | Photos of location of alleged incident | | |
| 1-E | P | Photos of location of alleged incident | | |
| 1-F | P | Photos of location of alleged incident | | |
| 1-G | P | Photos of location of alleged incident | | |
| 1-H | P | Photos of location of alleged incident | | |
| 1-I | P | Photos of location of alleged incident | | |
| 1-J | P | Photos of location of alleged incident | | |
| 2-A | P | Photos of White family | | |
| 2-B | P | Photos of White family | | |
| 2-C | P | Photos of White family | | |
| 2-D | P | Photos of White family | | |
| 2-E | P | Photos of White family | | |

| Exhibit Number | Party Offering | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 2-F | P | Photos of White family | | |
| 2-G | P | Photos of White family | | |
| 2-H | P | Photos of White family | | |
| 2-I | P | Photos of White family | | |
| 2-J | P | Photos of White family | | |
| 3-A | P | Photos of Autopsy | | |
| 3-B | P | Photos of Autopsy | | |
| 3-C | P | Photos of Autopsy | | |
| 3-D | P | Photos of Autopsy | | |
| 3-E | P | Photos of Autopsy | | |
| 4 | P | Autopsy Report | | |
| 5 | P | Toxicology Report | | |
| 6 | P | Expert Jack Smith Report | | |
| 7-A | P | POST Learning Domain (No. 36) | | |
| 7-B | P | POST Learning Domain (No. 20) | | |
| 7-C | P | POST Learning Domain | | |
| 7-D | P | POST Learning Domain | | |
| 7-E | P | POST Learning Domain | | |
| 8 | P | Decedent’s Birth Certificate | | |
| 9 | P | Decedent’s Death Certificate | | |
| 10 | P | Decedent’s High School Diploma | | |
| 11 | P | House of Winston Mortuary Receipt | | |

| Exhibit Number | Party Offering | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 12 | P | Oakwood Memorial Burial Receipt | | |
| 13-A | P | Medical Marijuana Documents | | |
| 13-B | P | Medical Marijuana Documents | | |
| 13-C | P | Medical Marijuana Documents | | |
| 13-D | P | Medical Marijuana Documents | | |
| 13-E | P | Medical Marijuana Documents | | |
| 13-F | P | Medical Marijuana Documents | | |
| 14 | P | UCFW Dues Receipt | | |
| 15-A | P | Abercrombie W2 Tax Form | | |
| 15-B | P | Abercrombie W2 Tax Form | | |
| 16 | P | Ralphs W2 Tax Form | | |
| 17-A | P | Jerry's Deli W2 Tax Form | | |
| 17-B | P | Jerry's Deli W2 Tax Form | | |
| 18 | P | YMCA W2 Tax Form | | |
| 19 | P | Arrest Report (County of San Diego) | | |
| 20 | P | Arrest Report (City of Oceanside) | | |
| 21 | P | Response to Form Interrogatories (County) | | |
| 22 | P | Response to Special Interrogatories (County) | | |
| 23 | P | Response to Production of Documents (County) | | |

| Exhibit Number | Party Offering | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 24 | P | Response to Form Interrogatories (City) | | |
| 25 | P | Response to Special Interrogatories (City) | | |
| 26 | P | Response to Production of Documents (City) | | |
| | | | | |
| | | | | |

Dated: February 17, 2015

Respectfully Submitted,

DOUGLAS / HICKS LAW, APC
ANTABLIN & BRUCE

By: ______/s/ Jamon R. Hicks______________
CARL E. DOUGLAS
JAMON R. HICKS
Attorney for Plaintiff**s ELWOOD TIMOTHY WHITE** , Individually and as Successor-in-Interest to the **ESTATE OF ELWOOD EDWARDS WHITE, and DARLEEN WHITE**