Carl E. Douglas, Esq. (SBN: 097011)
Jamon R. Hicks, Esq. (SBN: 232747)
**DOUGLAS / HICKS LAW, APC**
8484 Wilshire Boulevard, Suite 548
Beverly Hills, California 90211
(323) 655-6505   Fax: (323) 651-4990
carl@douglashickslaw.com
jamon@douglashickslaw.com

Attorneys for Plaintiffs ELWOOD TIMOTHY WHITE,
Individually, and as Successor-in-Interest to
the Estate of Elwood Edwards White,
and DARLENE EDWARDS WHITE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELWOOD TIMOTHY WHITE, Individually, and as Successor-in-Interest to the Estate of Elwood Edwards White, and DARLENE EDWARDS WHITE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, MICHAEL ASTORGA; CITY OF OCEANSIDE and 20 Unknown Other Named Defendants.<br><br>Defendants. | CASE NO.: 13-cv-1166-MMA(RBB)<br><br>**PLAINTIFFS' PROPOSED WITNESS LIST**<br><br>Pretrial Conference Date: May 18, 2015<br>Trial Date:   June 11, 2015<br>Judge:   Hon. Michael Anello<br>Courtroom: 3A |

Plaintiffs Elwood Timothy White and Darlene Edward White, hereby submit the following witness list to be called on direct examination:

1. Deputy Michael Astorga – Defendant  (4.0 hours)
2. Deputy Jason Burk – San Diego County Deputy  (1.5 hours)

3. Officer Randy Markham – Oceanside Police Officer  (1.5 hours)

4. Officer Frank McCuthcheon – Oceanside Police Officer  (1.5 hours)

5. Deputy Asami Minami – San Diego County Deputy  (1.5 hours)

6. Elwood Timothy White – Plaintiff (Decedent's Father)  (2.0 hours)

7. Darlene Edward White – Plaintiff (Decedent's Mother)  (2.0 hours)

8. Steven C. Campman, M.D.  – San Diego County Coroner  (1.0 hour)

9. Iain M. McIntyre, Ph.D – San Diego County Toxicologist   (.5 hour)

10. Jack Smith – Plaintiff Police Practices Expert  (2.0 hours)

Plaintiffs also reserve the right to call any witness on Defendant's witness list and the right to amend this witness list prior to the Pre-trial Conference.

DATED:  February 17, 2015            Respectfully Submitted,

DOUGLAS / HICKS  LAW, APC

By: ____s/ Jamon R. Hicks_____
   CARL E. DOUGLAS
   JAMON R. HICKS
Attorneys for Plaintiffs
ELWOOD TIMOTHY WHITE
Individually, and as Successor-in-Interest to the Estate of Elwood Edwards White, and DARLENE EDWARDS WHITE