Carl E. Douglas, Esq. (SBN: 097011)
Jamon R. Hicks, Esq. (SBN: 232747)
**DOUGLAS / HICKS LAW, APC**
8484 Wilshire Boulevard, Suite 548
Beverly Hills, California 90211
(323) 655-6505   Fax: (323) 651-4990
carl@douglashickslaw.com
jamon@douglashickslaw.com

Attorneys for Plaintiff Elwood White

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELWOOD TIMOTHY WHITE, Individually, and as Successor-in-Interest to the Estate of Elwood Edwards White, and DARLENE EDWARDS WHITE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, MICHAEL ASTORGA; CITY OF OCEANSIDE and 20 Unknown Other Named Defendants.<br><br>Defendants. | CASE NO.: 13-cv-1166-MMA(RBB)<br><br>**PLAINTIFFS' PROPOSED WITNESS LIST**<br><br>Trial Date:  June 11, 2015<br>Courtroom:   3A |

Plaintiffs Elwood Timothy White and Darlene Edward White, hereby submit the following witness list to be called on direct examination:

1. Deputy Michael Astorga – Defendant  (4.0 hours)
2. Deputy Jason Burk – San Diego County Deputy  (1.5 hours)
3. Officer Randy Markham – Oceanside Police Officer  (1.5 hours)

| | | |
|---|---|---|
| 1 | 4. | Officer Frank McCuthcheon – Oceanside Police Officer (1.5 hours) |
| 2 | 5. | Deputy Asami Minami – San Diego County Deputy (1.5 hours) |
| 3 | 6. | Elwood Timothy White – Plaintiff (Decedent's Father) (2.0 hours) |
| 4 | 7. | Darlene Edward White – Plaintiff (Decedent's Mother) (2.0 hours) |
| 5 | 8. | Saharra White – Decedent's Sister (.5 hours) |
| 6 | 9. | Medina White – Decedent's Sister (.5 hours) |
| 7 | 10. | Timothy White – Decedent's Brother (.5 hours) |
| 8 | 11. | Steven C. Campman, M.D. – San Diego County Coroner (1.0 hour) |
| 9 | 12. | Iain M. McIntyre, Ph.D – San Diego County Toxicologist (.5 hour) |
| 10 | 13. | Jack Smith – Plaintiff Police Practices Expert (2.0 hours) |
| 11 | 14. | Freddie Roach – Plaintiff's Damages Witness (.5 hour) |
| 12 | 15. | Officer Douglas Baxter – Oceanside Investigator (1.0 hour) |
| 13 | 16. | Russell Bridgial – Percipient Witness (.5 hour) |
| 14 | 17. | Deputy Jason Burk – Percipient Witness (.5 hour) |
| 15 | 18. | Officer Matt Christensen – Percipient Witness (.5 hour) |
| 16 | 19. | Stephen Daniel – Percipient Witness (.5 hour) |
| 17 | 20. | Adam Davidson – Percipient Witness (.5 hour) |
| 18 | 21. | Janice Fitzgerald – Percipient Witness (.5 hour) |
| 19 | 22. | Jorge Gonzalez – Percipient Witness (.5 hour) |
| 20 | 23. | April Heredia – Percipient Witness (.5 hour) |
| 21 | 24. | Jacob Kuchinsky – Percipient Witness (.5 hour) |
| 22 | 25. | Lillian Kuchinsky – Percipient Witness (.5 hour) |
| 23 | 26. | Walter Kuchinsky – Percipient Witness (.5 hour) |
| 24 | 27. | Paul McCarthy – Percipient Witness (.5 hour) |
| 25 | 28. | Brandon Miller – Percipient Witness (.5 hour) |
| 26 | 29. | Alicia Paz – Percipient Witness (.5 hour) |
| 27 | 30. | Field Evidence Technician Medford – Percipient Witness (.5 hour) |
| 28 | 31. | Carmen Ramirez – Percipient Witness (.5 hour) |

32. Steven Stracke – Percipient Witness (.5 hour)
33. Jacob Struder – Percipient Witness (.5 hour)
34. Nicholas Tramel – Percipient Witness (.5 hour)
35. Officer Wilson – Percipient Witness (.5 hour)
36. Cal Kik – Investigator (.5 hour)

Plaintiffs also reserve the right to call any witness on Defendant's witness list.

DATED: June 8, 2015            Respectfully Submitted,

                               DOUGLAS / HICKS LAW, APC

                               By:    s/
                                   Carl E. Douglas, Esq.
                                   Jamon R. Hicks, Esq.
                                   Attorneys for Plaintiff