Carl E. Douglas, Esq. (SBN: 097011)
Jamon R. Hicks, Esq. (SBN: 232747)
**DOUGLAS / HICKS LAW, APC**
8484 Wilshire Boulevard, Suite 548
Beverly Hills, California 90211
(323) 655-6505   Fax: (323) 651-4990
carl@douglashickslaw.com
jamon@douglashickslaw.com

Attorneys for Plaintiff Elwood White

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELWOOD TIMOTHY WHITE, Individually, and as Successor-in-Interest to the Estate of Elwood Edwards White, and DARLENE EDWARDS WHITE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, MICHAEL ASTORGA; CITY OF OCEANSIDE and 20 Unknown Other Named Defendants.<br><br>Defendants. | CASE NO.: 13-cv-1166-MMA(RBB)<br><br>**PLAINTIFFS' PROPOSED EXHIBIT LIST**<br><br><br>Trial Date: June 11, 2015<br>Courtroom: 3A |

Plaintiffs Elwood Timothy White and Darlene Edward White, hereby submit the following exhibits to be offered at trial:

///

///

///

| EXH. NO. | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| P-1.1 | | | Photographs of the Location and Scene |
| P-1.2 | | | Photographs of the Location and Scene |
| P-1.3 | | | Photographs of the Location and Scene |
| P-1.4 | | | Photographs of the Location and Scene |
| P-1.5 | | | Photographs of the Location and Scene |
| P-1.6 | | | Photographs of the Location and Scene |
| P-1.7 | | | Photographs of the Location and Scene |
| P-1.8 | | | Photographs of the Location and Scene |
| P-1.9 | | | Photographs of the Location and Scene |
| P-1.10 | | | Photographs of the Location and Scene |
| P-1.11 | | | Photographs of the Location and Scene |
| P-1.12 | | | Photographs of the Location and Scene |
| P-1.13 | | | Photographs of the Location and Scene |
| P-1.14 | | | Photographs of the Location and Scene |
| P-1.15 | | | Photographs of the Location and Scene |
| P-1.16 | | | Photographs of the Location and Scene |
| P-1.17 | | | Photographs of the Location and Scene |
| P-1.18 | | | Photographs of the Location and Scene |
| P-1.19 | | | Photographs of the Location and Scene |
| P-1.20 | | | Photographs of the Location and Scene |
| P-1.21 | | | Photographs of the Location and Scene |
| P-1.22 | | | Photographs of the Location and Scene |
| P-1.23 | | | Photographs of the Location and Scene |
| P-1.24 | | | Photographs of the Location and Scene |
| P-1.25 | | | Photographs of the Location and Scene |

| # | Exhibit | | | Description |
|---|---|---|---|---|
| 1 | P-1.26 | | | Photographs of the Location and Scene |
| 2 | P-1.27 | | | Photographs of the Location and Scene |
| 3 | P-1.28 | | | Photographs of the Location and Scene |
| 4 | P-1.29 | | | Photographs of the Location and Scene |
| 5 | P-1.30 | | | Photographs of the Location and Scene |
| 6 | P-1.31 | | | Photographs of the Location and Scene |
| 7 | P-1.32 | | | Photographs of the Location and Scene |
| 8 | P-1.33 | | | Photographs of the Location and Scene |
| 9 | P-1.34 | | | Photographs of the Location and Scene |
| 10 | P-1.35 | | | Photographs of the Location and Scene |
| 11 | P-1.36 | | | Photographs of the Location and Scene |
| 12 | P-1.37 | | | Photographs of the Location and Scene |
| 13 | P-1.38 | | | Photographs of the Location and Scene |
| 14 | P-1.39 | | | Photographs of the Location and Scene |
| 15 | P-1.40 | | | Photographs of the Location and Scene |
| 16 | P-1.41 | | | Photographs of the Location and Scene |
| 17 | P-1.42 | | | Photographs of the Location and Scene |
| 18 | P-1.43 | | | Photographs of the Location and Scene |
| 19 | P-1.44 | | | Photographs of the Location and Scene |
| 20 | P-1.45 | | | Photographs of the Location and Scene |
| 21 | P-1.46 | | | Photographs of the Location and Scene |
| 22 | P-1.47 | | | Photographs of the Location and Scene |
| 23 | P-1.48 | | | Photographs of the Location and Scene |
| 24 | P-1.49 | | | Photographs of the Location and Scene |
| 25 | P-1.50 | | | Photographs of the Location and Scene |
| 26 | P-2.1 | | | Photographs of the Family |
| 27 | P-2.2 | | | Photographs of the Family |
| 28 | | | | |

| # | Ex. | | | Description |
|---|---|---|---|---|
| 1 | P-2.3 | | | Photographs of the Family |
| 2 | P-2.4 | | | Photographs of the Family |
| 3 | P-2.5 | | | Photographs of the Family |
| 4 | P-2.6 | | | Photographs of the Family |
| 5 | P-2.7 | | | Photographs of the Family |
| 6 | P-2.8 | | | Photographs of the Family |
| 7 | P-2.9 | | | Photographs of the Family |
| 8 | P-2.10 | | | Photographs of the Family |
| 9 | P-3.1 | | | Photographs of the Autopsy |
| 10 | P-3.2 | | | Photographs of the Autopsy |
| 11 | P-3.3 | | | Photographs of the Autopsy |
| 12 | P-3.4 | | | Photographs of the Autopsy |
| 13 | P-3.5 | | | Photographs of the Autopsy |
| 14 | P-4 | | | Autopsy Report |
| 15 | P-5 | | | Toxicology Report |
| 16 | P-6 | | | Jack Smith Expert Report |
| 17 | P-7 | | | POST Learning Domain (No. 36) |
| 18 | P-8 | | | POST Learning Domain (No. 20) |
| 19 | P-9 | | | POST Learning Domain |
| 20 | P-10 | | | POST Learning Domain |
| 21 | P-11 | | | POST Learning Domain |
| 22 | P-12 | | | Decedent's Birth Certificate |
| 23 | P-13 | | | Decedent's Death Certificate |
| 24 | P-14 | | | Decedent's High School Diploma |
| 25 | P-15 | | | House of Winston Mortuary Receipt |
| 26 | P-16 | | | Oakwood Memorial Burial Receipt |
| 27 | P-17.1 | | | Medical Marijuana Documents |
| 28 | | | | |

| | | | |
|---|---|---|---|
| 1  | P-17.2 | | Medical Marijuana Documents |
| 2  | P-17.3 | | Medical Marijuana Documents |
| 3  | P-17.4 | | Medical Marijuana Documents |
| 4  | P-17.5 | | Medical Marijuana Documents |
| 5  | P-17.6 | | Medical Marijuana Documents |
| 6  | P-18   | | UCFW Dues Receipt |
| 7  | P-19.1 | | Abercrombie W2 Tax Form |
| 8  | P-19.2 | | Abercrombie W2 Tax Form |
| 9  | P-20   | | Ralphs W2 Tax Form |
| 10 | P-21.1 | | Jerry Deli's W2 Tax Form |
| 11 | P-21.2 | | Jerry Deli's W2 Tax Form |
| 12 | P-22   | | YMCA W2 Tax Form |
| 13 | P-23   | | Arrest Report (County of San Diego) |
| 14 | P-24   | | Arrest Report (City of Oceanside) |
| 15 | P-25   | | Response to Form Interrogatories (County) |
| 16 | P-26   | | Response to Special Interrogatories (County) |
| 17 | P-27   | | Response to Production of Documents (County) |
| 18 | P-28   | | Response to Form Interrogatories (City) |
| 19 | P-29   | | Response to Special Interrogatories (City) |
| 20 | P-30   | | Response to Production of Documents (City) |
| 21 | P-31   | | Birthday Card |
| 22 | P-32   | | High School Graduation Flyer |
| 23 | P-33   | | Broom |
| 24 | P-34   | | Demonstrative Exhibits |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |

PLAINTIFF'S EXHITIBT LIST

5

1 | DATED: June 8, 2015          Respectfully Submitted,
2
                                 ***DOUGLAS / HICKS LAW, APC***
3
4                                By: ____s/_____
                                     Carl E. Douglas, Esq.
5                                    Jamon R. Hicks, Esq.
                                     Attorneys for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28